IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BENJAMIN ONWUELEZI, | § § | |
| Plaintiff, | § § | CIVIL NO. 4:23-CV-00189-SDJ-AGD |
| v. | § § | |
| U.S. HEALTH & HUMAN SERVICES, ET AL., | § § § § | |
| Defendants. | | |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 25, 2025, the Magistrate Judge entered a Report, (Dkt. #19), recommending that Defendants' Motion to Dismiss, (Dkt. #9), be granted, that Plaintiff Benjamin Onwuelezi's Motion for Summary Judgment, (Dkt. #16), be denied, and that Plaintiff's case be dismissed without prejudice. On September 15, 2025, Plaintiff filed an untimely objection to the Report (Dkt. #20).

Having received the Report of the Magistrate Judge, considered Plaintiff's objection, (Dkt. #20), and having conducted a de novo review, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants' Motion to Dismiss, (Dkt. #9), is **GRANTED**. It is further **ORDERED** that Plaintiff's Motion for Summary Judgment, (Dkt. #16), is **DENIED**.

It is finally **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 30th day of September, 2025.**

SEAN D. JORDAN<br>
UNITED STATES DISTRICT JUDGE